**DENY and Opinion Filed July 25, 2023**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-00489-CV

## IN RE NEIL NOBLE, Relator

**Original Proceeding from the County Criminal Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F18-45998-K**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Nowell, and Miskel
Opinion by Justice Miskel

Relator filed a motion for rehearing of our June 14, 2023 memorandum opinion and order denying relief. We deny the motion for rehearing, withdraw our opinion and vacate our order of June 14, 2023, and issue this new memorandum opinion and order denying relief in their stead.

Relator's May 22, 2023 petition for writ of mandamus seeks relief from the trial court's order denying his motion to enter judgment for credit for time served. To establish a right to mandamus relief in a criminal case, the relator must show that the trial court violated a ministerial duty and there is no adequate remedy at law. *In*

*re State ex rel. Weeks*, 391 S.W.3d 117, 122 (Tex. Crim. App. 2013) (orig. proceeding).

Based on relator's petition and the record before us, we conclude that relator has failed to demonstrate a clear abuse of discretion. Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

230489f.p05

/Emily Miskel/
EMILY MISKEL
JUSTICE